ATTACHMENT C

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CL

| UNITED STATES OF AMERICA, | HON. |
| --- | --- |
| *Plaintiff,* | *Civil Action No.* |
| v. | |
| ARTISAN MANUFACTURING CORP. AND JIANXIONG HAN, | **CONSENT JUDGMENT** |
| *Defendants.* | |

This Consent Judgment is made this 16th day of April 2019, between the United States of America, on behalf of its agencies, the Department of Homeland Security, U.S. Customs and Border Protection, and the Department of Commerce (collectively, the "United States") on the one hand, and Artisan Manufacturing Corporation ("Artisan") and Jianxiong Han ("Han") on the other, (individually, "Party" and collectively, "the Parties"), in accordance with the Settlement Agreement executed on the same date, and for good cause shown,

IT IS HEREBY ORDERED that this Court has jurisdiction over the subject matter and the over the Parties executing this Consent Judgment to enforce the terms and conditions of the Parties' Settlement Agreement to resolve the United States' civil claims against Artisan and Han for alleged failures to declare and pay antidumping and countervailing duties owed to the United States.

IT IS FURTHER ORDERED that judgment be entered in favor of the United States and against Artisan and Han, jointly and severally, in the amount of the unpaid balance of the

$490,000.00 Settlement Amount, plus 2.85 percent (2.85%) interest on the unpaid balance.

SO ORDERED this __1st__ day of __April__, __2021__.

s/ Stanley R. Chesler
--------
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Consented to as to form and entry:

On behalf of the United States of America:

CRAIG CARPENITO
United States Attorney

By: *[signature]*
ALLAN B. K. URGENT
Assistant United States Attorney

Dated: 4/16/2019

On behalf of Artisan Manufacturing Corp. and Jianxiong Han:

ARTISAN MANUFACTURING CORP., AND JIANXIONG HAN

By: *[signature]*
JIANXIONG HAN
President, Artisan Manufacturing Corp., and in his individual capacity

Dated: 4/10/2019